# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| CONNIE BATCHELOR, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>PAUL ROLSTON, individually, and the NAKAMOTO GROUP, INC.,<br><br>　　Defendants. | Case No. 4:21cv232-AW-MAF |

## NOTICE OF REQUEST FOR SUMMONS

Plaintiff hereby requests the attached Summons.

Respectfully Submitted on 7/21/2021,   　/s/ *James V. Cook*
　　　　　　　　　　　　　　　　　　　JAMES V. COOK, ESQ.
　　　　　　　　　　　　　　　　　　　Florida Bar Number 0966843
　　　　　　　　　　　　　　　　　　　Law Office of James Cook
　　　　　　　　　　　　　　　　　　　314 West Jefferson Street
　　　　　　　　　　　　　　　　　　　Tallahassee, FL 32301
　　　　　　　　　　　　　　　　　　　(850) 222-8080; 561-0836 fax
　　　　　　　　　　　　　　　　　　　cookjv@gmail.com

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff