UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| CONNIE BATCHELOR, et al., | Case No. 4:21cv232-AW-MAF |
| Plaintiffs, | |
| v. | |
| PAUL ROLSTON, individually, and the NAKAMOTO GROUP, INC., | |
| Defendants. | |

NOTICE OF REQUEST FOR SUMMONS

Plaintiff hereby requests the attached Summons.

Respectfully Submitted on 8/12/21,   */s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

Attorney for Plaintiff