**DJBP0700NAS092**   **Page 1**

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24 & 30* | | | 1. REQUISITION NUMBER<br>0224 | | |
|---|---|---|---|---|---|
| 2. CONTRACT NO.<br>DJBP0700NAS092 | 3. AWARD/EFFECTIVE DATE<br>10/1/2014 | 4. ORDER NUMBER | SOLICITATION NUMBER<br>RFPP0700NAS140224 | | 6. SOLICITATION ISSUE DATE<br>08/20/2014 |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME<br>Donna Grube (dgrube@bop.gov) | | b. TELEPHONE NUMBER (No collect calls)<br>202-616-6150 | | 8. OFFER DUE DATE/LOCAL TIME<br>09/01/2014 09:00:00 |

| 9. ISSUED BY | CODE | BCO | 10. THE ACQUISITION IS |
|---|---|---|---|
| Federal Bureau of Prisons<br>National Acquisitions Room 5005<br>320 FIRST STREET NW<br>WASHINGTON, DC 20534 | | | UNRESTRICTED OR [X] SET ASIDE: 100.00 % FOR<br>[X] SMALL BUSINESS<br>[ ] HUBZONE SMALL BUSINESS<br>[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS<br>[ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM<br>[ ] EDWOSB<br>[ ] N(A)<br>NAICS: 541990<br>SIZE STANDARD: $14 |

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED<br>[ ] SEE SCHEDULE | 12. DISCOUNT TERMS<br>NET 30 | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) [ ] | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION<br>[ ] RFQ  [ ] IFB  [X] RFP | |

| 15. DELIVER TO | CODE | 16. ADMINISTERED BY | CODE | BCO |
|---|---|---|---|---|
| Federal Bureau of Prisons<br>Various Institutions | | Federal Bureau of Prisons<br>National Acquisitions Room 5005<br>320 FIRST STREET NW<br>WASHINGTON, DC 20534 | Donna Grube (dgrube@bop.gov)<br>(O) 202-606-6150<br>dgrube@bop.gov | |

| 17a. CONTRACTOR/OFFEROR  CODE 651188439  FACILITY CODE 133090261 | 18a. PAYMENT WILL BE MADE BY  CODE  BCO |
|---|---|
| NAKAMOTO GROUP, INC., THE<br>3347 ECLIPSE DR<br>JEFFERSON, MD 21755-7603<br>DUNS: 133090261<br><br>TELEPHONE NO. | Federal Bureau of Prisons<br>Business Office Room 5006<br>320 FIRST STREET NW<br>WASHINGTON, DC 20534<br>(O) 202-616-2620 |
| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  [ ] SEE ADDENDUM |

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | To provide Prison Rape Elimination (PREA) audit services for various Bureau of Prisons facitlities.<br><br><br><br><br><br><br>See Continuation Sheet(s)<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See Line Item Detail | 26. TOTAL AWARD AMOUNT (For Govt. Use Only)<br>$0.00 |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED |
|---|
| [X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [X] ARE NOT ATTACHED |

| [ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | [X] 29. AWARD OF CONTRACT: REF. Offer OFFER DATED 08/25/2014. YOUR OFFER ON SOLICITATION (BLOCK 5) INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:<br>Here in |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)<br>William G. Kowbros, CFO | 30c. DATE SIGNED<br>09/12/14 | 31b. NAME OF THE CONTRACTING OFFICER (TYPE OR PRINT)<br>Kristina Sullivan | 31c. DATE SIGNED<br>9/12/2014 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 02/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |
|---|---|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

Table of Contents

| Section | Description | Page Number |
|---|---|---|
| 1 | Solicitation/Contract Form | 1 |
| 2 | Commodity or Services Schedule | 4 |
| 3 | Contract Clauses | 5 |
| | 52.27-103-72 DOJ CONTRACTOR RESIDENCY REQUIREMENT BUREAU OF PRISONS (JUNE 2004) | 5 |
| | 2852.223-70 Unsafe Conditions Due to the Presence of Hazardous Material (June 1996) | 5 |
| | 52.24-403-70 Notice of Contractor Personnel Security Requirements (OCT 2005) | 6 |
| | 52.21-603-70 Contracting Officer's Representative (COR) (June 2012) | 7 |
| | 52.218-000 CONTINUING CONTRACT PERFORMANCE DURING A PANDEMIC INFLUENZA OR OTHER NATIONAL EMERGENCY (May 2008) | 7 |
| | 52.224-102(b) INFORMATION RESELLERS OR DATA BROKERS (MAR 2008) | 8 |
| | 52.242-71 EVALUATION OF CONTRACTOR PERFORMANCE UTILIZING CPARS (APR 2011) | 8 |
| | 52.217-8 Option to Extend Services (Nov 1999) | 9 |
| | 52.217-9 Option to Extend the Term of the Contract (Mar 2000) | 9 |
| | 52.216-18 Ordering (Oct 1995) | 9 |
| | 52.216-19 Order Limitations (Oct 1995) | 9 |
| | 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders - Commercial Items (Jun 2014) | |
| | 52.209-5 Representation Regarding Felony Conviction Under Any Federal Law or Unpaid Delinquent Tax Liability (Deviation 2014-01)(November 2013) | 10 |
| | 52.216-21 Requirements (Oct 1995) | 10 |
| 4 | List of Attachments | 16 |

Section 2 - Commodity or Services Schedule

## SCHEDULE OF SUPPLIES/SERVICES

CONTINUATION SHEET

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|----------|-------------------|----------|------|-----------|--------|
| 0001 | Base Year: October 1, 2014 through August 19, 2015<br>Provide approximately 30 PREA AUDITS at various Bureau of Prisons Institutions and Complexes. SEE ATTACHMENT FOR A DETAILED ESTIMATE | 30.000000 | EA | | |
| 0002 | Option Year 1: August 20, 2015 through August 19, 2016<br>Provide approximately 30 PREA AUDITS at various Bureau of Prisons Institutions and Complexes. SEE ATTACHMENT FOR A DETAILED ESTIMATE | 30.000000 | EA | | |
| 0003 | Option Year 2: October 1, 2016 through August 19, 2017<br>Provide approximately 34 PREA AUDITS at various Bureau of Prisons Institutions and Complexes. SEE ATTACHMENT FOR A DETAILED ESTIMATE | 34.000000 | EA | | |
| 0004 | Option Year 3: August 20, 2017 through August 19, 2018<br>Provide approximately 34 PREA AUDITS at various Bureau of Prisons Institutions and Complexes. SEE ATTACHMENT FOR A DETAILED ESTIMATE | 34.000000 | EA | | |
| 0005 | Option Year 4: August 20, 2018 through August 19, 2019<br>Provide approximately 30 PREA AUDITS at various Bureau of Prisons Institutions and Complexes. SEE ATTACHMENT FOR A DETAILED ESTIMATE | 30.000000 | | | |
| | | | | TOTAL | |

Contractor's proposal and revisions are incorporated into the contract.

Funds will be obligated via individual task orders.

**Section 3 - Contract Clauses**

Clauses By Reference

| **52.257-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)** |
|---|
| This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): www.acquisition.gov/far |

| Clause | Title |
|---|---|
| 52.203-3 | Gratuities (Apr 1984) |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (May 2011) |
| 52.223-5 | Pollution Prevention and Right-to-Know Information (May 2011) |
| 52.232-11 | Extras (Apr 1984) |
| 52.232-18 | Availability Of Funds (Apr 1984) |
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors (Dec 2013) |
| 52.237-2 | Protection Of Government Buildings, Equipment, And Vegetation (Apr 1984) |
| 52.242-13 | Bankruptcy (July 1995) |
| 52.203-17 | Contractor Employee Whistleblower Rights and Requirement To Inform Employees of Whistleblower Rights (Apr 2014) |
| 52.224-1 | Privacy Act Notification (Apr 1984) |
| 52.224-2 | Privacy Act (Apr 1984) |

Clauses By Full Text

52.27-103-72   DOJ CONTRACTOR RESIDENCY REQUIREMENT BUREAU OF PRISONS (JUNE 2004)

For three of the five years immediately prior to submission of an offer/bid/quote, or prior to performance under a contract or commitment, individuals or contractor employees providing services must have:
1. Legally resided in the United States (U.S.);
2. worked for the U.S. overseas in a Federal or military capacity; or
3. been a dependent of a Federal or military employee serving overseas.
If the individual is not a U.S. citizen, they must be from a country allied with the U.S. The following website provides current information regarding allied countries: http://www.opm.gov/employ/html/citizen.htm
By signing this contract or commitment document, or by commencing performance, the contractor agrees to this restriction.
[End of Clause]

2852.223-70   Unsafe Conditions Due to the Presence of Hazardous Material (June 1996)

(a) "Unsafe condition" as used in this clause means the actual or potential exposure of contractor or Government employees to a hazardous material as defined in Federal Standard No. 313, and any revisions thereto during the term of this contract, or any other materi-

al or working condition designated by the Contracting Officer's Technical Representative (COTR) as potentially hazardous and requiring safety controls.

(b) The Occupational Safety and Health Administration (OSHA) is responsible for issuing and administering regulations that require contractors to apprise its employees of all hazards to which they may be exposed in the course of their employment; proper conditions and precautions for safe use and exposure; and related symptoms and emergency treatment in the event of exposure.

(c) Prior to commencement of work, contractors are required to inspect for and report to the contracting officer or designee the presence of, or suspected presence of, any unsafe condition including asbestos or other hazardous materials or working conditions in areas in which they will be working.

(d) If during the performance of the work under this contract, the contractor or any of its employees, or subcontractor employees, discovers the existence of an unsafe condition, the contractor shall immediately notify the contracting officer, or designee, (with written notice provided not later than three (3) working days thereafter) of the existence of an unsafe condition. Such notice shall include the contractor's recommendations for the protection and the safety of Government, contractor and subcontractor personnel and property that may be exposed to the unsafe condition.

(e) When the Government receives notice of an unsafe condition from the contractor, the parties will agree on a course of action to mitigate the effects of that condition and, if necessary, the contract will be amended. Failure to agree on a course of action will constitute a dispute under the Disputes clause of this contract.

(f) Nothing contained in this clause shall relieve the contractor or subcontractors from complying with applicable Federal, State, and local laws, codes, ordinances and regulations (including the obtaining of licenses and permits) in connection with hazardous material including but not limited to the use, disturbance, or disposal of such material.

(End of Clause)

52.24-403-70   Notice of Contractor Personnel Security Requirements (OCT 2005)

Compliance with Homeland Security Presidential Directive-12 (HSPD-12) and Federal Information Processing Standard Publication 201 (FIPS 201) [1] entitled "Personal Identification Verification (PIV) for Federal Employees and Contractors," Phase I.

1. Long-Term Contractor Personnel:

In order to be compliant with HSPD-12/PIV I, the following investigative requirements must be met for each new long-term [2] contractor employee whose background investigation (BI) process begins on or after October 27, 2005:

a. Contractor Personnel must present two forms of identification in original form prior to badge issuance (acceptable documents are listed in Form I-9, OMB No. 1615-0047, "Employment Eligibility Verification," and at least one document must be a valid State or Federal government-issued picture ID);

b. Contractor Personnel must appear in person at least once before a DOJ official who is responsible for checking the identification documents. This identity proofing must be completed sometime during the clearance process but prior to badge issuance and must be documented by the DOJ official;

c. Contractor Personnel must undergo a BI commensurate with the designated risk level associated with the duties of each position. Outlined below are the minimum BI requirements for each risk level:

- High Risk - Background Investigation (5 year scope)

- Moderate Risk - Limited Background Investigation (LBI) or Minimum Background Investigation (MBI)

- Low Risk - National Agency Check with Inquiries (NACI) investigation

d. The pre-appointment BI waiver requirements for all position sensitivity levels are a:

1) Favorable review of the security questionnaire form;

2) Favorable fingerprint results;

3) Favorable credit report, if required;[3]

4) Waiver request memorandum, including both the Office of Personnel Management schedule date and position sensitivity/risk level; and

5) Favorable review of the National Agency Check (NAC) [4] portion of the applicable BI that is determined by position sensitivity/risk level.

A badge may be issued following approval of the above waiver requirements.

If the NAC is not received within five days of OPM's scheduling date, the badge can be issued based on a favorable review of the Security Questionnaire and the Federal Bureau of Investigation Criminal History Check (i.e., fingerprint check results).

e. Badge re-validation will occur once the investigation is completed and favorably adjudicated. If the BI results so justify, badges issued under these procedures will be suspended or revoked.

2. Short-Term Contractor Personnel:

It is the policy of the DOJ that short-term contractors having access to DOJ information systems and/or DOJ facilities or space for six months or fewer are subject to the identity proofing requirements listed in items 1a. and 1b. above. The pre-appointment waiver requirements for short-term contractors are:

a. Favorable review of the security questionnaire form;

b. Favorable fingerprint results;

c. Favorable credit report, if required;[5] and

d. Waiver request memorandum indicating both the position sensitivity/risk level and the duration of the appointment. The commensurate BI does not need to be initiated.

A badge may be issued following approval of the above waiver requirements and the badge will expire six months from the date of issuance. This process can only be used once for a short-term contractor in a twelve month period. This will ensure that any consecutive

short-term appointments are subject to the full PIV-I identity proofing process.

For example, if a contractor employee requires daily access for a three or four-week period, this contractor would be cleared according to the above short-term requirements. However, if a second request is submitted for the same contractor employee within a twelve-month period for the purpose of extending the initial contract or for employment under a totally different contract for another three or four-week period, this contractor would now be considered "long-term" and must be cleared according to the long-term requirements as stated in this interim policy.

3. Intermittent Contractors:

An exception to the above-mentioned short-term requirements would be intermittent contractors.

a. For purposes of this policy, "intermittent" is defined as those contractor employees needing access to DOJ information systems and/or DOJ facilities or space for a maximum of one day per week, regardless of the duration of the required intermittent access. For example, the water delivery contractor that delivers water one time each week and is working on a one-year contract.

b. Contractors requiring intermittent access should follow the Department's escort policy. Please reference the August 11, 2004, and January 29, 2001, Department Security Officer policy memoranda that conveys the requirements for contractor facility escorted access.

c. Due to extenuating circumstances, if a component requests unescorted access or DOJ IT system access for an intermittent contractor, the same pre-employment background investigation waiver requirements that apply to short-term contractors are required.

d. If an intermittent contractor is approved for unescorted access, the contractor will only be issued a daily badge. The daily badge will be issued upon entrance into a DOJ facility or space and must be returned upon exiting the same facility or space.

e. If an intermittent contractor is approved for unescorted access, the approval will not exceed one year. If the intermittent contractor requires unescorted access beyond one year, the contractor will need to be re-approved each year.

4. An individual transferring from another department or agency shall not be re-adjudicated provided the individual has a current (within the last five years), favorably adjudicated BI meeting HSPD-12 and DOJ's BI requirements.

5. The DOJ's current escorted contractor policy remains unchanged by this acquisition notice.

Notes:

1. FIPS 201 is available at: www.csrc.nist.gov/publications/fips/fips201/FIPS-201-022505.pdf

2. Under HSPD-12, long-term contractors are contractors having access to DOJ information systems and/or DOJ facilities or space for six months or longer. The PIV-I identity proofing process, including initiation and adjudication of the required background investigation, is required for all new long-term contractors regardless of whether it is the current practice to issue a badge. The second phase of HSPD-12 implementation (PIV-II) requires badge issuance to all affected long-term contractors.

3. For contractors in position sensitivity/risk levels above level 1, a favorable review of a credit check is required as part of the pre-appointment waiver package.

4. In order to avoid a delay in the hiring process, components should request an Advance NAC Report when initiating investigations to OPM. Per OPM ' s instructions, to obtain an Advance NAC Report, a Code " 3" must be placed in block " B " of the " Agency Use Only " section of the investigative form. This report is available for all case types.

5.For contractors in position sensitivity/risk levels above level 1, a favorable review of a credit check is required as part of the pre-appointment waiver package.

[End of Clause]

52.21-603-70   Contracting Officer's Representative (COR) (June 2012)

---

(a)Michael Stone ,Management Anyalyst , Central Office,202-616-1636, is hereby designated as the Contracting Officer's Representative (COR) under this contract.

(b) The COR is responsible, as applicable, for: receiving all deliverables, inspecting and accepting the supplies or services provide hereunder in accordance with the terms and conditions of this contract; providing direction to the contractor which clarifies the contractor effort, fills in details or otherwise serves to accomplish the contractual Scope of Work; evaluating performance; and certifying all invoices/vouchers for acceptance of the supplies or services furnished for payment.

(c) The COR does not have the authority to alter the contractor's obligations under the contract, and/or modify any of the expressed terms, conditions, specifications, or cost of the agreement. If as a result of technical discussions it is desirable to alter/change contractual obligations or the Scope of Work, the Contracting Officer shall issue such changes.

52.218-000   CONTINUING CONTRACT PERFORMANCE DURING A PANDEMIC INFLUENZA OR OTHER NATIONAL EMERGENCY (May 2008)

---

During a Pandemic or other emergency we understand that our contractor workforce will experience the same high levels of absenteeism as our federal employees. Although the Excusable Delays and Termination for Default clauses used in Government contracts list epidemics and quarantine restrictions among the reasons to excuse delays in contract performance, we expect our contractors to make

a reasonable effort to keep performance at an acceptable level during emergency periods.

The Office of Personnel Management (OPM) has provided guidance to federal managers and employees on the kinds of actions to be taken to ensure the continuity of operations during emergency periods. This guidance is also applicable to our contract workforce. Contractors are expected to have reasonable policies in place for continuing work performance, particularly those performing mission critical services, during a pandemic influenza or other emergency situation.

The types of actions a federal contractor should reasonably take to help ensure performance are:

- Encourage employees to get inoculations or follow other preventive measures as advised by the public health service.

- Cross-train workers as backup for all positions performing critical services. This is particularly important for work such as guard services where telework is not an option.

- Implement telework to the greatest extent possible in the workgroup so systems are in place to support successful remote work in an emergency.

- Communicate expectations to all employees regarding their roles and responsibilities in relation to remote work in the event of a pandemic health crisis or other emergency.

- Establish communication processes to notify employees of activation of this plan.

- Integrate pandemic health crisis response expectations into telework agreements.

- With the employee, assess requirements for working at home (supplies and equipment needed for an extended telework period). Security concerns should be considered in making equipment choices; agencies or contractors may wish to avoid use of employees' personal computers and provide them with PCs or laptops as appropriate.

- Determine how all employees who may telework will communicate with one another and with management to accomplish work.

- Practice telework regularly to ensure effectiveness.

- Make it clear that in emergency situations, employees must perform all duties assigned by management, even if they are outside usual or customary duties.

- Identify how time and attendance will be maintained.

It is the contractor's responsibility to advise the Government Contracting Officer if they anticipate not being able to perform and to work with the Department to fill gaps as necessary. This means direct communication with the Contracting Officer or in his/her absence, another responsible person in the contracting office via telephone or email messages acknowledging the contractor's notification. The incumbent contractor is responsible for assisting the Department in estimating the adverse impacts of nonperformance and to work diligently with the Department to develop a strategy for maintaining the continuity of operations.

The Department does reserve the right in such emergency situations to use Federal employees, employees of other agencies, contract support from other existing contractors, or to enter into new contracts for critical support services. Any new contracting efforts would be acquired following the guidance in the Office of federal Procurement Policy issuance "Emergency Acquisitions", May, 2007 and Subpart 18.2. Emergency Acquisition Flexibilities, of the Federal Acquisition Regulations.

[End of Clause]

## 52.224-102(b)  INFORMATION RESELLERS OR DATA BROKERS (MAR 2008)

Under this contract, the Department obtains personally identifiable information about individuals from the contractor. The contractor hereby certifies that it has a security policy in place which contains procedures to promptly notify any individual whose personally identifiable information (as defined by OMB) was, or is reasonably believed to have been, lost or acquired by an unauthorized person while the data is under the control of the contractor. In any case in which the data that was lost or improperly acquired reflects or consists of data that originated with the Department, or reflects sensitive law enforcement or national security interest in the data, the contractor shall notify the Department Contracting Officer so that the Department may determine whether notification would impede a law enforcement investigation or jeopardize national security. In such cases, the contractor shall not notify the individuals until it receives further instruction from the Department.

[End of Clause]

## 52.242-71  EVALUATION OF CONTRACTOR PERFORMANCE UTILIZING CPARS (APR 2011)

The services, although not directly supervised, shall be reviewed by Federal Bureau of Prisons (BOP) staff to ensure contract compliance. The contractor's performance will be evaluated in accordance with FAR 42.15. Contract monitoring reports will be prepared by the Contacting Officer's Representative (COR) and maintained in the contract file.

In accordance with FAR 42.1502 and 42.1503, agencies shall prepare an evaluation of contractor performance and submit it to the Past Performance Information Retrieval System (PPIRS). The BOP utilizes the Department of Defense (DOD) web-based Contractor Performance Assessment Reporting System (CPARS) to provide contractor performance evaluations. The contractor shall provide and

maintain a current e-mail address throughout the life of the contract. The contractor will receive an e-mail from the Focal Point thru the following website address webptsmh@navy.milwhen the contract is registered in CPARS. The e-mail will contain a "user ID" and temporary password to register in the CPARS system. The contractor must be registered to access and review its evaluation and/or provide a response. If assistance is required when registering, please contact the Contracting Staff/Focal Point.

(End of Clause)

### 52.217-8   Option to Extend Services (Nov 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days from the end of the performance period.

(End of clause)

### 52.217-9   Option to Extend the Term of the Contract (Mar 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days of the new performance period; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days *[60 days unless a different number of days is inserted]* before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years (months)(years).

(End of clause)

### 52.216-18   Ordering (Oct 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from 10/01/2014 through 08/19/2019.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

### 52.216-19   Order Limitations (Oct 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than $5,730.00, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor--

(1) Any order for a single item in excess of $500,000.00;

(2) Any order for a combination of items in excess of $1,000,000; or

(3) A series of orders from the same ordering office within 90 days that together call for quantities exceeding the limitation in paragraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (*i.e.*, includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 7 days after issuance, with written notice

stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

52.209-5   Representation Regarding Felony Conviction Under Any Federal Law or Unpaid Delinquent Tax Liability (Deviation 2014-01)(November 2013)

(a) In accordance with sections 536 and 537 of the Commerce, Justice, Science, and Related Agencies Appropriations Act, 2014 (Title II, Division B, Pub. L. 113-76), none of the funds made available by that Act may be used to enter into a contract, memorandum of understanding, or cooperative agreement with a corporation –

(1)   convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this further action is not necessary to protect the interests of the Government, or

(2)  that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability,

*unless* an agency has considered suspension or debarment of the corporation and made a determination that this further action is not necessary to protect the interests of the Government.

(b) By accepting this award or order, in writing or by performance, the offeror/contractor represents that –

(1) the offeror is *not* a corporation convicted of a felony criminal violation under any Federal or State law within the preceding 24 months; and,

(2) the offeror is *not* a corporation that has any unpaid Federal or State tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

(End of Clause)

52.216-21   Requirements (Oct 1995)

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after [insert date].

(End of clause)

52.212-5          Contract Terms and Conditions Required to Implement Statutes or Executive Orders -

Commercial Items (Jun 2014)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.222-50, Combating Trafficking in Persons (Feb 2009) (22 U.S.C. 7104(g)).

Alternate I (Aug 2007) of 52.222-50 (22 U.S.C. 7104(g)).

(2) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004)"(Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[*Contracting Officer check as appropriate.*]

XX (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sept 2006), with Alternate I (Oct 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

(2) 52.203-13, Contractor Code of Business Ethics and Conduct (Apr 2010) (41 U.S.C. 3509)).

(3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (June 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

XX (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Jul 2013) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) [Reserved].

(6) 52.204-14, Service Contract Reporting Requirements (Jan 2014) (Pub. L. 111-117, section 743 of Div. C).

(7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Jan 2014) (Pub. L. 111-117, section 743 of Div. C).

XX (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Aug 2013) (31 U.S.C. 6101 note).

XX (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013) (41 U.S.C. 2313).

(10) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (May 2012) (section 738 of Division C of Pub. L. 112-74, section 740 of Division C of Pub. L. 111-117, section 743 of Division D of Pub. L. 111-8, and section 745 of Division D of Pub. L. 110-161).

(11) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Nov 2011) (15 U.S.C. 657a).

XX (12) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 2011) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

(13) [Reserved]

XX (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2011) (15 U.S.C. 644).

(ii) Alternate I (Nov 2011).

(iii) Alternate II (Nov 2011).

(15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).

(ii) Alternate I (Oct 1995) of 52.219-7.

(iii) Alternate II (Mar 2004) of 52.219-7.

XX (16) 52.219-8, Utilization of Small Business Concerns (May 2014) (15 U.S.C. 637(d)(2) and (3)).

(17)(i) 52.219-9, Small Business Subcontracting Plan (Jul 2013) (15 U.S.C. 637(d)(4)).

(ii) Alternate I (Oct 2001) of 52.219-9.

(iii) Alternate II (Oct 2001) of 52.219-9.

(iv) Alternate III (Jul 2010) of 52.219-9.

(18) 52.219-13, Notice of Set-Aside of Orders (Nov 2011)(15 U.S.C. 644(r)).

XX (19) 52.219-14, Limitations on Subcontracting (Nov 2011) (15 U.S.C. 637(a)(14)).

(20) 52.219-16, Liquidated Damages--Subcon-tracting Plan (Jan 1999) (15 U.S.C. 637(d)(4)(F)(i)).

(21)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (Oct 2008) (10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

(ii) Alternate I (June 2003) of 52.219-23.

(22) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (Jul 2013) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

(23) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (Oct 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

(24) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Nov 2011) (15 U.S.C. 657 f).

XX (25) 52.219-28, Post Award Small Business Program Rerepresentation (Jul 2013) (15 U.S.C. 632(a)(2)).

(26) 52.219-29, Notice of Set-Aside for Economically Disadvantaged Women-Owned Small Business (EDWOSB) Concerns (Jul 2013) (15 U.S.C. 637(m)).

(27) 52.219-30, Notice of Set-Aside for Women-Owned Small Business (WOSB) Concerns Eligible Under the WOSB Program (Jul 2013) (15 U.S.C. 637(m)).

XX (28) 52.222-3, Convict Labor (June 2003) (E.O. 11755).

(29) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (Jan 2014) (E.O. 13126).

XX (30) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).

XX (31) 52.222-26, Equal Opportunity (Mar 2007) (E.O. 11246).

XX (32) 52.222-35, Equal Opportunity for Veterans (Sep 2010)(38 U.S.C. 4212).

XX (33) 52.222-36, Affirmative Action for Workers with Disabilities (Oct 2010) (29 U.S.C. 793).

XX (34) 52.222-37, Employment Reports on Veterans (Sep 2010) (38 U.S.C. 4212).

XX (35) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).

(36) 52.222-54, Employment Eligibility Verification (Aug 2013). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

(37)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

XX (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

(38)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O. 13423 and 13514).

XX (ii) Alternate I (Jun 2014) of 52.223-13.

(39)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (E.O. 13423 and 13514).

XX (ii) Alternate I (Jun 2014) of 52.223-14.

(40) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42 U.S.C. 8259b).

(41)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Jun 2014) (E.O. 13423 and 13514).

 (ii) Alternate I (Jun 2014) of 52.223-16.

XX (42) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (Aug 2011) (E.O. 13513).

(43) 52.225-1, Buy American-Supplies (May 2014) (41 U.S.C. chapter 83).

(44)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (May 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

(ii) Alternate I (May 2014) of 52.225-3.

(iii) Alternate II (May 2014) of 52.225-3.

(iv) Alternate III (May 2014) of 52.225-3.

(45) 52.225-5, Trade Agreements (Nov 2013) (19 U.S.C. 2501, *et seq*., 19 U.S.C. 3301 note).

XX (46) 52.225-13, Restrictions on Certain Foreign Purchases (June 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

(47) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Jul 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(48) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) (42 U.S.C. 5150).

(49) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov 2007) (42 U.S.C. 5150).

(50) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

(51) 52.232-30, Installment Payments for Commercial Items (Oct 1995) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

XX (52) 52.232-33, Payment by Electronic Funds Transfer--System for Award Management (Jul 2013) (31 U.S.C. 3332).

(53) 52.232-34, Payment by Electronic Funds Transfer--Other than System for Award Management (Jul 2013) (31 U.S.C. 3332).

(54) 52.232-36, Payment by Third Party (May 2014) (31 U.S.C. 3332).

(55) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).

(56)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

(ii) Alternate I (Apr 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[*Contracting Officer check as appropriate.*]

(1) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

(2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

(3) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards -- Price Adjustment (Multiple Year and Option Con-

tracts) (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

(4) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards--Price Adjustment (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

(5) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Requirements (May 2014) (41 U.S.C. chapter 67).

(6) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services--Requirements (May 2014) (41 U.S.C. chapter 67).

(7) 52.222-17, Nondisplacement of Qualified Workers (May 2014) (E.O.13495).

(8) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792).

(9) 52.237-11, Accepting and Dispensing of $1 Coin (Sept 2008) (31 U.S.C. 5112(p)(1)).

(d) *Comptroller General Examination of Record.* The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Apr 2010) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (May 2014) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $650,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (May 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-26, Equal Opportunity (Mar 2007) (E.O. 11246).

(v) 52.222-35, Equal Opportunity for Veterans (Sep 2010) (38 U.S.C. 4212).

(vi) 52.222-36, Affirmative Action for Workers with Disabilities (Oct 2010) (29 U.S.C. 793).

(vii) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(viii) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

(ix) 52.222-50, Combating Trafficking in Persons (Feb 2009) (22 U.S.C. 7104(g)).

Alternate I (Aug 2007) of 52.222-50 (22 U.S.C. 7104(g)).

(x) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Re-

pair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xi) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xii) 52.222-54, Employment Eligibility Verification (Aug 2013).

(xiii) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Jul 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xiv) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xv) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

**Section 4 - List of Attachments**

| Identifier | Title | Number of Pages |
|---|---|---|
| 1 | 2.1 Continuation of SF1449 | 2 |
| 2 | Detailed Estimate of Services | 10 |
| 3 | Statement of Work | 6 |

## 2.1 Continuation of SF-1449, Block 20

The contractor shall be capable of providing Prison Rape
Elimination Act (PREA) compliance audits. Audits will be
conducted at various Bureau of Prisons (BOP) facilities in
accordance with PREA and the Statement of Work (SOW).

The period of performance for the resulting contract will be a
one-year base period (to begin October 1, 2014 and four
additional one-year option periods to be exercised unilaterally
by the contracting officer.

Contract will be awarded to the lowest priced, technically
acceptable proposal.

## Decisional Rule Criteria – Lowest Price Technically Acceptable:

- The quoter demonstrates 3 years experience with
  correctional system audits
- The quoter demonstrates 3 years experience providing timely
  correctional system audit reports (submit two (2) examples)
- The quoter demonstrates experience with administrative
  support, such as billing, scheduling and coordinating with
  multiple audits/auditors simultaneously (submit two (2)
  examples)
- The quoter demonstrates experience with handling large
  amounts of correctional system data/information (submit two
  (2) examples)
- The quoter demonstrates experience of communicating with
  administrative contracting staff and institution staff
  during the audit process. (submit two (2) examples)
- The quoter demonstrates academic experience and
  qualifications of auditors that illustrates compliance with
  PREA law. (submit a list of auditor names with Department
  of Justice certification date and a 1 page resume of each
  auditor who will be conducting audits)
- The quoter demonstrates ability to provide multiple BOP
  audits simultaneously.
- The quoter demonstrates experience with the requirements of
  Freedom of Information Act (5 USC 552) regarding disclosure
  of records and information furnished or created in an audit
  process and Privacy Act (5 USC 552s) regarding sampling of
  inmate records or similar experience.

**Pricing:**

Prices offered to the Government shall be as low as or lower than those charges to the supplier's most favored customer for comparable services under similar terms and conditions, in addition to any discounts offered for prompt payment.

**Billing Information:**

The Government will make payment monthly via Electronic Fund Transfer utilizing contractor's registration information at SAM.gov. Invoices with the contract number submitted on a monthly basis in duplicate to the address indicated in Item 15 of the SF-1449. A duplicate copy shall be submitted to the COR. Contractors that are classified as a small business are required to indicate their small business size status on each invoice submitted for payment.

DETAILED ESTIMATE

The Federal Bureau of Prisons institution abbreviations are as follows:

MDC – Metropolitan Correctional Center
USP – United States Penitentiary
FCI – Federal Correctional Institution
FCC – Federal Correctional Complex
FMC – Federal Medical Center
FPC – Federal Prison Camp
FDC – Federal Detention Center
FTC – Federal Transfer Center
MCC – Metropolitan Correctional Center
USMCFP – United States Medical Center for Federal Prisoners

**BASE YEAR PERIOD PREA YEAR 15**
FROM: 10/01/2014
TO:   08/19/2015

| **Institution** | **City/State** |
| --- | --- |
| FPC Alderson | Alderson, West Virginia |
| USP Atlanta | Atlanta, Georgia |
| USP Atwater | Atwater, California |
| FCI Bastrop | Bastrop, Texas |
| FCC Beaumont ** | Beaumont, Texas |
| FPC Bryan | Bryan, Texas |
| USP Canaan | Canaan, Pennsylvania |
| Central Office | Washington D.C. |
| FCC Coleman ** | Coleman, Florida |
| FCI Englewood | Littleton, Colorado |
| FCI Fort Worth | Fort Worth, Texas |
| USP Hazelton | Bruce Mills, West Virgina |
| FCI Herlong | Herlong, California |
| FDC Honolulu | Honolulu, Hawaii |
| USP Leavenworth | Leavenworth, Kansas |
| USP Lee | Jonesville, Virginia |
| FCC Lompoc ** | Lompoc, California |
| FCI McKean | Lewis Run, Pennsylvania |
| FDC Miami | Miami, Florida |
| FCI Miami | Miami, Florida |

| | |
|---|---|
| FCI Morgantown | Morgantown, West Virginia |
| MCC New York | New York, New York |
| FTC Oklahoma | Oklahoma City, Oklahoma |
| FCC Pollock ** | Pollock, Louisiana |
| FCI Ray Brook | Raybrook, New York |
| FMC Rochester | Rochester, Minnesota |
| FCI Safford | Safford, Arizona |
| USMCFP Springfield | Springfield, Missouri |
| FCI Tallahassee | Tallahassee, Florida |
| FCI Texarkana | Texarkana, Texas |
| FCC Yazoo City ** | Yazoo City, Mississippi |

**\*\* Complex**

DETAILED ESTIMATE

The Federal Bureau of Prisons institution abbreviations are as follows:

MDC – Metropolitan Correctional Center
USP – United States Penitentiary
FCI – Federal Correctional Institution
FCC – Federal Correctional Complex
FMC – Federal Medical Center
FPC – Federal Prison Camp
FDC – Federal Detention Center
FTC – Federal Transfer Center
MCC – Metropolitan Correctional Center
USMCFP – United States Medical Center for Federal Prisoners

**OPTION YEAR 1 PERIOD PREA Year 16**
FROM:  8/20/2015
TO:    08/19/2016

| Institution | City/State |
|---|---|
| FCC Allenwood ** | Allenwood, Pennsylvania |
| FCI Ashland | Ashland, Kentucky |
| USP Big Sandy | Inez, Kentucky |
| FCI Big Spring | Big Spring, Texas |
| FMC Carswell | Fort Worth, Texas |
| Central Office | Washington, D.C. |
| FCI Cumberland | Cumberland, Maryland |
| FMC Devens | Ayer, Massechussets |
| FCI Edgefield | Edgefield, South Carolina |
| FCI El Reno | El Reno, Oklahoma |
| FCI Fairton | Fairton, New Jersey |
| MDC Guaynabo | Guaynabo, Puerto Rico |
| FDC Houston | Houston, Texas |
| FCI Jesup | Jesup, Georgia |
| FMC Lexington | Lexington, Kentucky |
| MDC Los Angeles | Los Angeles, California |
| USP Marion | Marion Illinois |
| USP McCreary | Pine Knot, Kentucky |
| FCI Memphis | Memphis, Tennessee |
| FCI Mendota | Mendota, California |

| | |
|---|---|
| FCI Milan | Milan, Michigan |
| FCI Otisville | Otiville, New York |
| FCI Oxford | Oxford, Wisconsin |
| FCI Pekin | Pekin, Illinois |
| FPC Pensacola | Pensacola, Florida |
| FCI Sandstone | Sandstone, Minnesota |
| FCI Terminal Island | Terminal Island, California |
| FCC Terre Haute ** | Terre Haute, Indiana |
| FCI Three Rivers | Three Rivers, Texas |
| Administrative USP Thomson | Thomson, Illinois |
| FCI Waseca | Waseca, Minnesota |

**\*\* Complex**

DETAILED ESTIMATE

The Federal Bureau of Prisons institution abbreviations are as follows:

MDC – Metropolitan Correctional Center
USP – United States Penitentiary
FCI – Federal Correctional Institution
FCC – Federal Correctional Complex
FMC – Federal Medical Center
FPC – Federal Prison Camp
FDC – Federal Detention Center
FTC – Federal Transfer Center
MCC – Metropolitan Correctional Center
USMCFP – United States Medical Center for Federal Prisoners

**OPTION YEAR 2 PERIOD PREA Year 17**
FROM: 8/20/2016
TO:   08/19/2017

| **Institutions** | **City/State** |
|---|---|
| FCI Aliceville | Aliceville, Alabama |
| FCI Beckley | Beckley, West Virginia |
| FCI Bennettsville | Bennettsville, South Carolina |
| FCI Berlin | Berlin, New Hampshire |
| FCC Butner ** | Butner, North Carolina |
| Central Office | Washington, D.C. |
| MCC Chicago | Chicago, Illinois |
| FCI Dublin | Dublin, California |
| FPC Duluth | Duluth, Minnesota |
| FCI Elkton | Elkton, Ohio |
| FCI Estill | Estill, South Carolina |
| FCC Florence ** | Florence, Colorado |
| FCC Forrest City ** | Forrest City, Arkansas |
| FCI Ft. Dix | Fort Dix, New Jersey |
| FCI Gilmer | Glenville, West Virginia |
| FCI Greenville | Greenville, Illinois |
| USP Lewisburg | Lewisburg, Pennsylvania |
| FCI Loretto | Loretto, Pennsylvania |
| FCI Manchester | Manchester, Kentucky |
| FCI Marianna | Marianna, Florida |

| | |
|---|---|
| FCI McDowell | Welch, West Virginia |
| FPC Montgomery | Montgomery, Alabama |
| FCC Oakdale ** | Oakdale, Louisiana |
| FCC Petersburg ** | Petersburg, Virginia |
| FDC Philadelphia | Philadelphia, Pennsylvania |
| FCI Phoenix | Phoenix, Arizona |
| MCC San Diego | San Diego, California |
| FCI Schuylkill | Minersville, Pennsylvania |
| FCI Seagoville | Seagoville, Texas |
| FDC SeaTac | SeaTac, Washington |
| FCI Sheridan | Sheridan, Oregon |
| FCI Talladega | Talladega, Alabama |
| FCC Tucson ** | Tucson, Arizona |
| FCC Victorville ** | Victorville, California |
| FCI Williamsburg | Williamsburg, South Carolina |

**\*\* Complex**

DETAILED ESTIMATE

The Federal Bureau of Prisons institution abbreviations are as follows:

MDC – Metropolitan Correctional Center
USP – United States Penitentiary
FCI – Federal Correctional Institution
FCC – Federal Correctional Complex
FMC – Federal Medical Center
FPC – Federal Prison Camp
FDC – Federal Detention Center
FTC – Federal Transfer Center
MCC – Metropolitan Correctional Center
USMCFP – United States Medical Center for Federal Prisoners

**OPTION YEAR 3 PERIOD PREA Year 18**
FROM:  8/20/2017
TO:    08/19/2018

| **Institutions** | **City/State** |
|---|---|
| FPC Alderson | Alderson, West Virginia |
| USP Atlanta | Atlanta, Georgia |
| USP Atwater | Atwater, California |
| FCI Bastrop | Bastrop, Texas |
| FCC Beaumont ** | Beaumont, Texas |
| MDC Brooklyn | Brooklyn, New York |
| FPC Bryan | Bryan, Texas |
| USP Canaan | Waymart, Pennsylvania |
| Central Office | Washington, D.C. |
| FCC Coleman ** | Coleman, Florida |
| FCI Danbury | Danbury, Connecticut |
| FCI Englewood | Littleton, Colorado |
| FCI Fort Worth | Fort Worth, Texas |
| FCC Hazelton ** | Bruce Mills, West Virginia |
| FCI Herlong | Herlong, California |
| FDC Honolulu | Honolulu, Hawaii |
| FCI LaTuna | Anthony, Texas |
| USP Leavenworth | Leavenworth, Kansas |
| USP Lee | Jonesville, Virginia |
| FCC Lompoc ** | Lompoc, California |

| | |
|---|---|
| FCI McKean | Lewis Run, Pennsylvania |
| FCI Miami | Miami, Florida |
| FDC Miami | Miami, Florida |
| FCI Morgantown | Morgantown, West Virginia |
| MCC New York | New York, New York |
| FTC Oklahoma | Oklahoma City, Oklahoma |
| FCC Pollock ** | Pollock, Louisiana |
| FCI Ray Brook | Ray Brook, New York |
| FMC Rochester | Rochester, Minnesota |
| FCI Safford | Safford, Arizona |
| USMCFP Springfield | Springfield, Missouri |
| FCI Tallahassee | Tallahassee, Florida |
| FCI Texarkana | Texarkana, Texas |
| FPC Yankton | Yankton, South Dakota |
| FCC Yazoo City ** | Yazoo City, Mississippi |

**\*\* Complex**

DETAILED ESTIMATE

The Federal Bureau of Prisons institution abbreviations are as follows:

MDC – Metropolitan Correctional Center
USP – United States Penitentiary
FCI – Federal Correctional Institution
FCC – Federal Correctional Complex
FMC – Federal Medical Center
FPC – Federal Prison Camp
FDC – Federal Detention Center
FTC – Federal Transfer Center
MCC – Metropolitan Correctional Center
USMCFP – United States Medical Center for Federal Prisoners

## OPTION YEAR 4 PERIOD PREA Year 19
FROM:  8/20/2018
TO:    08/19/2019

| Institution | City/State |
| --- | --- |
| FCC Allenwood ** | Allenwood, Pennsylvania |
| FCI Ashland | Ashland, Kentucky |
| USP Big Sandy | Inez, Kentucky |
| FCI Big Spring | Big Spring, Texas |
| FMC Carswell | Fort Worth, Texas |
| Central Office | Washington, D.C. |
| FCI Cumberland | Cumberland, Maryland |
| FMC Devens | Ayer, Massachussets |
| FCI Edgefield | Edgefield, South Carolina |
| FCI El Reno | El Reno, Oklahoma |
| FCI Fairton | Fairton, NJ |
| MDC Guaynabo | Guaynabo, Puerto Rico |
| FDC Houston | Houston, Texas |
| FCI Jesup | Jesup, Georgia |
| FMC Lexington | Lexington, Kentucky |
| MDC Los Angeles | Los Angeles, California |
| USP Marion | Marion, Illinois |
| USP McCreary | Pine Knot, Kentucky |
| FCI Memphis | Memphis, Tennessee |
| FCI Mendota | Mendota, California |

| | |
|---|---|
| FCI Milan | Milan, Michigan |
| FCI Otisville | Otisville, New York |
| FCI Oxford | Oxford, Wisconsin |
| FCI Pekin | Pekin, Illinois |
| FPC Pensacola | Pensacola, Florida |
| FCI Sandstone | Sandstone, Minnesota |
| FCI Terminal Island | Terminal Island, California |
| FCC Terre Haute ** | Terre Haute, Indiana |
| Administrative USP Thomson | Thomson, Illinois |
| FCI Three Rivers | Three Rivers, Texas |
| FCI Waseca | Waseca, Minnesota |

** **Complex**

Section C – STATEMENT OF WORK

1. BACKGROUND

The Bureau of Prisons seeks to obtain certification of compliance with the Prison Rape Elimination Act (PREA) of 2003 standards for the institutions of the Federal Bureau of Prisons (BOP).

2. OBJECTIVE

The BOP seeks to obtain certification of compliance with PREA standards for all federal institutions.  The BOP and the auditor shall comply with the United States Department of Justice Final Rule, 28 CFR Part 115, Docket No. OAG-131; RIN 1105-AB34, National Standards to Prevent, Detect, and Respond to Prison Rape Under the Prison Rape Elimination Act (PREA) of 2003, Prison and Jail Standards (Attachment 1).   Every BOP institution must be audited at least once on a three year cycle to demonstrate compliance with PREA standards.

3. PERFORMANCE STANDARDS

An estimated list of facilities in Attachment 2 of the solicitation have been identified for the following:

Base period of PREA Year 2015 - October 1, 2014 – August 19, 2015,
Option Year 1: PREA Year 2016 - August 20, 2015 – August 19, 2016,
Option Year 2: PREA Year 2017- August 20, 2016 – August 19, 2017,
Option Year 3: PREA Year 2018- August 20, 2017 – August 19, 2018,
Option Year 4: PREA Year 2019- August 20, 2018 – August 19, 2019.

***** **There will be approximately 30-34 PREA Audits each PREA Year.** ******

The list is not inclusive and the possibility of additions and any deletions should be considered at all times.   In general, complex facilities will be no more than 3-days on-site while Federal Correctional Institutions (FCI's) will be no more than 4-days on-site.   Federal Prison Camps (FPC's), Metropolitan Detention Centers (MDC's), Metropolitan Correctional Centers (MCC's) and Federal Detention Center's (FDC's) will be 3 days on-site with one auditor.   United States Penitentiaries (USP's) and Federal Medical Centers (FMC's) will be 3 days on-site with 2 auditors.

The Government shall provide the Contractor a list of the actual facilities to be audited if it exercises its unilateral right to extend the term of the contract. IAW 52.217-9

4. TASK TO BE PERFORMED

The contractor shall perform the following:

A.   **PREA Audit Cycle.**   Once every three years a PREA auditor will conduct an on-site visit, conduct interviews and review documentation to determine an institution's compliance with the PREA standards, in accordance with the above PREA law.   These on-site visits must occur simultaneously with the American Correctional Association (ACA) on-site audit for each facility.   Also, no more than three on-site visits (3 facility locations) will be scheduled during one week Bureau-wide.   The BOP will set the schedule for when the PREA audits will occur.   During an institution PREA audit the auditor will audit all PREA standards.   These PREA audits will evaluate the facility performance with respect to the National Standards to Prevent, Detect, and Respond to Prison Rape Under the Prison Rape Elimination Act (PREA), 28 C.F.R. Part 115.   The auditor shall have the responsibility and authority to independently observe, assess, review, and report on the BOP's implementation and compliance with the PREA standards.   In order to accurately assess compliance at the federal institutions, the auditor shall:   conduct an on-site inspection; observe programs and activities; interview staff; individually interview a sample of inmates; and conduct detailed reviews of documents and reports.   The auditor shall be responsible for independently verifying compliance with the PREA standards for the institutions.

B.   **Receipt of PREA Documents.**   Due to the need for review of PREA related documents approximately six weeks prior to the site visit, auditors will receive, maintain in a secure manner, and destroy the documents after 3 years, or until the next audit.   The Contracting Officer's Representative (COR) will send the PREA related documents to the auditor for review via electronic mail prior to the PREA audit.   This will be the process of sending PREA documents/information to the auditor until the PREA Resource Center establishes a secure link to upload the PREA related documents on the automated system.   The BOP will not print and/or copy PREA related documents to a compact disk to be shipped/mailed.

C.   **Communication with Institutions.**   Auditors will communicate with institutions through the COR to resolve any findings or issues, and schedule interviews.   The auditor is not to contact the institution directly without first making arrangements though the COR.

D.   **Corrective Action Process.**   Auditors will submit the Preliminary Report within 30-days of the on-site visit.   A finding of "Does Not Meet Standard" with one or more standards shall trigger a 180-day corrective action period.   If the Preliminary Audit Report indicates that corrective action is required, the auditor and the BOP shall work to promptly and jointly develop a corrective action plan toward achieving compliance with all standards. The corrective action plan shall contain a timeline for specific minimal remedial measures the BOP shall take to achieve compliance within a 180-day corrective action period.   The BOP shall deliver, and the auditor shall review and comment within 10 calendar days, deliverables provided to the auditor pursuant to the corrective action timeline.   The auditor shall issue his or her final report at the conclusion of the 180-day corrective action period, or earlier if compliance has been achieved before the end of the corrective action period.

E.      After the 180-day corrective action period ends, the auditor shall issue a final determination as to whether the facility has achieved compliance with those standards requiring corrective action.

F.      The Contractor will provide information on the PREA audit program and process, by communicating with the BOP's Central Office, PREA Audit Manager, for the specific audit.

G.      Ensure the academic experience and/or special qualifications of the auditor comply with the requirements of the PREA law.   Specifically,

      (a) An audit shall be conducted by:
          -A member of a correctional monitoring body that is not part of, or under the authority of, the agency (but may be part of, or authorized by, the relevant State or local government);
          -A member of an auditing entity such as an inspector general's or ombudsperson's office that is external to the agency; or
          -Other outside individuals with relevant experience.

      (b) All auditors shall be certified by the Department of Justice.   The Department of Justice shall develop and issue procedures regarding the certification process, which shall include training requirements.

      (c) No audit may be conducted by an auditor who has received financial compensation from the agency being audited (except for compensation received for conducting prior audits) within the three years prior to the agency's retention of the auditor.

      (d) The agency shall not employ, contract with, or otherwise financially compensate the auditor for three years subsequent to the agency's retention of the auditor, with the exception of contracting for subsequent audits.

H.      Cooperate with the Government, its COR, and staff when seeking guidance pertaining to the application of the PREA audit program.   The Contractor shall ensure all facilities are provided any information, manuals, and software required in the implementation of the PREA audit process.

I.      Conform to the requirements of the Freedom of Information Act (5 USC 552) regarding the disclosure of records and information furnished or created in the PREA audit process.

J.      Conform to the requirements of the Privacy Act (5 USC 552a) regarding the sampling of inmate or resident records by the Contractor's PREA Auditor in order to determine compliance with standards.   The Contractor's Auditor will use the information obtained in the record review solely for the purpose of making a determination of the Government's compliance with standards.   The conclusions will be outlined in preliminary and final PREA Reports, and distributed to the Government.   No part of an inmate or resident record will be transferred in a form that is individually identifiable.   Further, in

accordance with Chapter 294, Subchapter 7-3.b., of the Federal Personnel Manual, signed Consent for Release of Information Forms obtained by the Government are required from individual staff members before any members of the Contractor's Visiting Committee may examine, at random, Official Personnel Files to measure compliance in various personnel and training areas.   At no time will the Contractor release any information to the media without the express consent of the Bureau of Prisons.

K.     **Public Statements.**   Except as required or authorized by the PREA auditing standards; federal, state, or local law; judicial order; this contract; or as permitted by the BOP, the auditor shall not make any oral or written public statements – including, but not limited to, statements to the press, conference presentations, lectures, or articles – with regard:   the status of the BOP's compliance or noncompliance with PREA standards, or any act or omission of the BOP or its staff.

L.     **Conflict of Interest.**   The auditor shall not accept employment or provide consulting services that would present a conflict of interest with his or her responsibilities under this contract, with the PREA auditing standards, or with auditor ethical guidance provided by the PREA Resource Center or Department of Justice, including, but not limited to, being employed or retained by the BOP for purposes other than PREA auditing during the three-year period prior to the audit, or during the three-year period subsequent to the audit.

M.     **Testimony.**   Except as required or authorized by the terms of this contract, or by permission of the BOP, the auditor shall not testify in any litigation or proceeding with regard to the status of the BOP's compliance or noncompliance with the PREA auditing standards; or any act or omission of the BOP or its staff, unless otherwise lawfully compelled to do so.   If the auditor is lawfully compelled to provide such information, the auditor shall immediately notify the BOP.

5.   PROJECT MANAGEMENT AND CONTROL REQUIREMENTS

The Government agrees to observe the PREA standards and correct any criteria for compliance with PREA as identified by the Contractor and meet its responsibilities to the Contractor with reference to the PREA audit process.   The Government shall provide the following:

A.     Access by the Contractor, staff and designated representatives at all reasonable times to the physical facilities and records of the Government provided that where an individual staff member's Official Personnel File is requested, and in accordance with Chapter 294, Subchapter 7-3.b., of the Federal Personnel Manual, a signed consent form is obtained by the Government prior to said Contractor's access.

B.     Appointment of a Contracting Officer's Technical Representative (COTR) who monitors the progress made in the PREA audit process at each facility with the Contractor.

C.     Cooperation by the COTR, PREA Audit Managers, and other BOP staff with the Contractor, PREA Auditors, staff, and designated representatives in the Contractor's requests for information and records, to ensure continued compliance with the standards.

D.   Completion of the steps in the PREA audit process, according to established time tables as stated in the PREA law.

E.   Strive at all times to achieve and/or maintain compliance with the PREA standards.

6.   REPORTING REQUIREMENTS AND DELIVERABLES

A.   Allow the Contractor, in conformity with provisions of law governing disclosure of Government records and upon advance notice by the contractor to the COTR, to disclose to the public, conclusions and actions with reference to the participation of the Government in the PREA Compliance program.

B.   Share with and, as appropriate, forward to the Contractor any and all announcements, news release, and responses to the public media that the Government may make relative to its contractual relationship to the Contractor and participation in the PREA audit process.

C.   Auditors will submit the Preliminary Report within 30-days of the on-site visit.   A finding of "Does Not Meet Standard" with one or more standards shall trigger a 180-day corrective action period.   If the Preliminary Audit Report indicates that corrective action is required, the auditor and the BOP shall work to promptly and jointly develop a corrective action plan toward achieving compliance with all standards.   The corrective action plan shall contain a timeline for specific minimal remedial measures the BOP shall take to achieve compliance within a 180-day corrective action period.   The BOP shall deliver, and the auditor shall review and comment within 10 calendar days, deliverables provided to the auditor pursuant to the corrective action timeline.   The auditor shall issue his or her final report at the conclusion of the 180-day corrective action period, or earlier if compliance has been achieved before the end of the corrective action period. After the 180-day corrective action period ends, the auditor shall issue a final determination as to whether the facility has achieved compliance with those standards requiring corrective action, by submitting a Final Report.   The final report must be submitted within 30 days of the corrective action period end, and must be signed by the auditor.   If an auditor would like to request an extension to submit the final report, they must submit their request in writing to the agency.

7.   INSPECTION, TEST, AND ACCEPTANCE CRITERIA

The Contractor may conduct, as appropriate, and the Government may permit and cooperate in:

A.   In conjunction with reaccreditation or initial accreditation, facilities will also require a Prison Rape Elimination Act (PREA) audit.   This audit will evaluate the facility's performance with respect to the National Standards to Prevent, Detect, and Respond to Prison Rape Under the Prison Rape Elimination Act (PREA), 28 C.F.R. Part 115. The PREA audit will be conducted at the same time as initial accreditation audits or Intensive Reaccreditation Process (IRP) audits, but will be a separate evaluation based on compliance with the PREA standards.

B.     A standards compliance audit by a PREA Auditor appointed by the Contractor to verify the Self-Evaluation Certification and determine overall levels of compliance with PREA standards.

C.     A PREA standards compliance audit by a qualified auditor (s) appointed by the Contractor, and not employed by the Bureau of Prisons, for the purposes of verifying the required minimum levels of compliance with PREA standards and/or verifying compliance with PREA standards found in non-compliance at the time of the original audit.

D.     Visits by the Contractor and/or its designated representatives from time to time, with 30-days advance notice to the COR and facility CEO, to ensure the institution's continued compliance with the PREA standards to resolve findings of non-compliance within the 180-day corrective action period.

8.  TRAVEL AND TRANSPORTATION

The Contractor is responsible for all travel costs and arrangements.

9.  OTHER

The proposed contract does not constitute an employer/employee relationship.   This contract is for a service performed at a Bureau facility and the following provisions are included:

1)  The service is a contractual arrangement and not a personnel appointment;
2)  Payment is based on the provision of an end product or the accomplishment of a specific result; Specifically, 50% of the payment will be made upon receipt of the PREA auditor's Preliminary Report, and the final 50% of payment will be made upon receipt of the auditor's Final Report.   An invoice will need to be submitted each time for payment.
3)  The service does not constitute an employer/employee relationship;
4)  The Contractor will not be subject to Government supervision, except for security related matters.   However, contractor performance shall be closely monitored; and
5)  The contractor may be terminated by the BOP for good cause to include, among other things, any violation of the PREA standards, federal, state, or local laws, which reasonably calls into question the auditor's fitness to continue serving as the auditor.