UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 4:21-cv-232-AW-MAF

CONNIE BATCHELOR, SHAQUILA
BUMPASS, JENNIFER CASTRO,
QUINTRELL COOK, SANDRA SIMON,
and, BETH FARBER,

    Plaintiffs,

v.

PAUL ROLSTON, individually, and,
THE NAKAMOTO GROUP INC.,

    Defendants.
_____/

**DEFENDANT THE NAKAMOTO GROUP'S
UNOPPOSED MOTION FOR LEAVE OF COURT
TO FILE AN AMENDED ANSWER
TO ADD AN AFFIRMATIVE DEFENSE,
RULE 7.01(B) CERTIFICATE,
AND RULE 7.01(F) CERTIFICATE**

    DEFENDANT, THE NAKAMOTO GROUP INC. ("NAKAMOTO"), by undersigned counsel, hereby files this Motion for Leave of Court, pursuant to Fed. R. Civ. P. 15, to file an Amended Answer to add an Affirmative Defense. This Motion includes the Rule 7.01(B) Certificate and the Rule 7.01(F) Certificate. In support of this Motion, DEFENDANT states as follows:

    1.    DEFENDANT filed its Answer in this matter on June 14, 2022.

    2.    Shortly thereafter, DEFENDANT received a proposed "Report of Parties' Planning Meeting" from PLAINTIFFS' attorneys to be discussed at the PARTIES' Rule 26(f) conference, which was held on June 28, 2022 via Zoom.

3. The proposed Report indicated that PLAINTIFFS were also challenging DEFENDANT'S 2015 PREA audit in addition to the 2018 PREA audit. Prior to the Report, DEFENDANT'S counsel was under the impression that only the 2018 PREA audit was at issue in this case.

5. Accordingly, DEFENDANT requests leave of Court to file an Amended Answer to add the following Affirmative Defense of Statute of Limitations:

> DEFENDANT asserts the defense of statute of limitations. In the event that PLAINTIFFS are asserting and alleging that DEFENDANT committed negligence regarding the 2015 PREA audit, DEFENDANT asserts that such a negligence action is barred by Florida's four-year statute of limitations.

6. The Amended Answer is attached as **Exhibit 1.** There are no other amendments or revisions to the Amended Answer.

7. Pursuant to Fed. R. Civ. P. 15(a)(1):

> ***Amending as a Matter of Course***. A party may amend its pleading once as a matter of course within:
>
> (A)   21 days after serving it, or
>
>   * * *

8. Here, as noted, DEFENDANT filed and served its Answer on June 14, 2022. Accordingly, since DEFENDANT is within the 21-day period, DEFENDANT believes that it can file the Amended Answer without leave of Court.

9. Nevertheless, if the Court disagrees, pursuant to Fed. R. Civ. P. 15(a)(2):

> ***Other Amendments.*** In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

10. Here, this matter is in its very early stages. Again, the PARTIES just completed the Rule 26(f) conference on June 28, 2022; the PARTIES have agreed to provide an amendment

cut-off date of August 15, 2022 – which will be listed in the PARTIES' Report to be submitted to the Court; no discovery has commenced yet; and, PLAINTIFFS have no objection to DEFENDANT'S Motion.

11. Accordingly, DEFENDANT asserts that there is no prejudice to the PLAINTIFFS or the Court by allowing DEFENDANT to amend its Answer to add the Affirmative Defense of Statute of Limitations. And, DEFENDANT asserts that this defense bars PLAINTIFFS' negligence claim regarding the 2015 PREA audit at issue.

12. Consequently, DEFENDANT asserts that justice requires the granting of leave to file the Amended Answer.

## RULE 7.01(B) CONFERENCE

13. DEFENDANT conferred with counsel for PLAINTIFFS on June 28, 2022 via a Zoom conference and PLAINTIFFS' counsel does not object to the filing of this Motion. Of course, PLAINTIFFS do not concede the validity of the Statute of Limitations defense regarding the 2015 PREA audit; but, that issue will be litigated at a future date.

## RULE 7.01(F) WORD COUNT

14. Pursuant to Local Rule 7.01(F), the word count for this Motion is approximately 780 words.

WHEREFORE, DEFENDANT THE NAKAMOTO GROUP requests Leave of Court to file the attached Amended Answer.

**Dated: June 29, 2022**                            Respectfully submitted,

>  */s/ Douglas A. Kahle*
>  Douglas A. Kahle, Esq.
>  Florida Bar No.: 0141194
>  E-Mail: dkahle@schwedpa.com
>  SCHWED KAHLE & KRESS, P.A.
>  11410 North Jog Road, Suite 100
>  Palm Beach Gardens, FL 33418
>  Telephone: (561) 694-0070
>  Facsimile: (561) 694-0057

## CERTIFICATE OF SERVICE

I hereby certify that on **June 29, 2022,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>  */s/ Douglas A. Kahle*
>  Douglas A. Kahle, Esq.
>  Florida Bar No.: 0141194
>  E-Mail: dkahle@schwedpa.com

## SERVICE LIST

| James V. Cook, Esq.<br>Law Office of James Cook<br>314 West Jefferson Street<br>Tallahassee, FL 32301<br>Phone: (850) 222-8080 Fax: (850) 561-0836<br>cookjv@gmail.com<br><br>**Counsel for Plaintiffs** | Jay T. McCamic, Esq.<br>McCamic Law Firm, PLLC<br>80 12th Street, Ste. 305<br>Wheeling, WV 26003<br>Phone: 304-238-9460 Fax: 304-830-5324<br>jay@mccamic.com<br><br>**Counsel for Plaintiffs** |

| | |
|---|---|
| Richard E. Johnson, Esq.<br>Law Office of Richard E. Johnson<br>314 West Jefferson Street<br>Tallahassee, Florida 32301<br>Phone: (850) 425-1997 Fax: (850) 561-0836<br>rick@rej-law.com<br><br>*Counsel for Plaintiffs* | L. Dante diTrapano, Esq.<br>Benjamin Adams, Esq.<br>Alex McLaughlin, Esq.<br>Calwell Luce diTrapano, PLLC<br>500 Randolph Street<br>Charleston, WV 25302<br>Phone: 304-343-4323 Fax: 304-344-3684<br>dditrapano@cldlaw.com<br>badams@cldlaw.com<br>amclaughlin@ddlaw.com<br><br>*Counsel for Plaintiffs* |
| Anthony I. Werner, Esq.<br>John & Werner Law Offices, PLLC<br>Board of Trade Building, Ste. 200<br>80 - 12th Street<br>Wheeling, WV 26003<br>Phone: : 304-233-4380 Fax: 304-233-4387<br>awerner@johnwernerlaw.com<br><br>*Counsel for Plaintiffs* | |

Via CM/ECF