# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CONNIE BATCHELOR, SHAQUILA BUMPASS, JENNIFER CASTRO, and QRUINTRELL COOK, SANDRA SIMON, and BETH FARBER,

    Plaintiffs,

v.

PAUL ROLSTON, individually, and the NAKAMOTO GROUP, INC.,

    Defendants.

Case No. 4:21-cv-232-AW-MAF

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiffs, CONNIE BATCHELOR, SHAQUILA BUMPASS, JENNIFER CASTRO, and QRUINTRELL COOK, SANDRA SIMON, and BETH FARBER, voluntarily dismiss all claims as to Defendant PAUL ROLSTON, who has not responded to the Complaint.

Respectfully Submitted,   *s/James V. Cook*
                                         James V. Cook, Esq.
                                         Florida Bar Number 966843
                                         Law Office of James Cook
                                         314 West Jefferson Street
                                         Tallahassee, FL 32301
                                         (850) 222-8080; 561-0836 fax
                                         cookjv@gmail.com

                                         Attorney for Plaintiffs

I CERTIFY the foregoing was filed electronically on 8/16/2022, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

*/s/James V. Cook*