UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONNIE BATCHELOR, SHAQUILA BUMPASS, JENNIFER CASTRO, and QRUINTRELL COOK, SANDRA SIMON, and BETH FARBER,

    Plaintiffs,

v.

PAUL ROLSTON, individually, and the NAKAMOTO GROUP, INC.,

    Defendants.

Case No. 4:21-cv-232-AW-MAF

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the Parties have settled the above-styled case as to Defendant NAKAMOTO GROUP and will file a Stipulation to Dismissal with prejudice once all the terms of the settlement agreement have been performed.

    Respectfully Submitted,   *s/James V. Cook*
                                         James V. Cook, Esq.
                                         Florida Bar Number 966843
                                         Law Office of James Cook
                                         314 West Jefferson Street
                                         Tallahassee, FL 32301
                                         (850) 222-8080; 561-0836 fax
                                         cookjv@gmail.com

                                         Attorney for Plaintiffs

I CERTIFY the foregoing was filed electronically on 8/16/2022, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

                                                                              */s/James V. Cook*