IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CONNIE BATCHELOR, et al.,**

    **Plaintiffs,**

v.                                                   Case No. 4:21-cv-232-AW-MAF

**PAUL ROLSTON and NAKAMOTO GROUP, INC.,**

    **Defendants.**

_____/

## ORDER REGARDING SETTLEMENT AND DISMISSAL

Plaintiffs have filed a notice voluntarily dismissing their claims against Defendant Paul Rolston. ECF No. 47. This notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 253 (5th Cir. 1973) ("[A] plaintiff is entitled to a dismissal against one defendant under Rule 41(a), even though the action against another defendant would remain pending."). This order confirms that those claims have been dismissed.

Next, Plaintiffs report they have settled with Defendant Nakamoto Group and will soon dismiss with prejudice. ECF No. 48. All deadlines are stayed. If the parties have not filed a stipulation of dismissal on or before September 16, the case will be dismissed without further notice.

1

SO ORDERED on August 17, 2022.

s/ *Allen Winsor*  
United States District Judge