IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CONNIE BATCHELOR, et al.,**

    **Plaintiffs,**

v.	Case No. 4:21-cv-232-AW-MAF

**PAUL ROLSTON and NAKAMOTO GROUP, INC.,**

    **Defendants.**

_____/

### ORDER CLOSING THE FILE

Plaintiffs and Defendant Nakamoto Group, Inc. have filed a joint stipulation of dismissal with prejudice. ECF No. 50. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that all claims against Defendant Nakamoto Group, Inc. have been dismissed. Because Plaintiffs already voluntarily dismissed all claims against Defendant Paul Rolston, ECF No. 47, no claims remain pending. Accordingly, this order confirms that the case is now dismissed. The clerk will close the file.

SO ORDERED on September 20, 2022.

                                          s/ *Allen Winsor*
                                          United States District Judge